RECEIVED
IN MONROE, LA
SEP 0 4 2009
Ac
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUIS

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CASSANDRA NEWTON | CIVIL ACTION NO. 09-0193 |
| | SECTION P |
| VERSUS | |
| | JUDGE ROBERT G. JAMES |
| WARDEN, AVOYELLES WOMENS CORRECTIONAL CENTER | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 7], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record [Doc. No. 9];

**IT IS ORDERED** that the petition for writ of habeas corpus be **DISMISSED WITH PREJUDICE** pursuant to the provisions of 28 U.S.C. § 2254 Rule 4 because it plainly appears from the face of the petition and exhibits that the petitioner is not entitled to relief.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 4 day of September, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE