RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY B. MOORE, CLERK
DATE _____
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CASSANDRA NEWTON | CIVIL ACTION NO. 3:09CV193 |
| VERSUS | JUDGE JAMES |
| WARDEN, AVOYELLES WOMENS CORR. CTR. | MAGISTRATE JUDGE HAYES |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

**X**     The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___     The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Monroe, Louisiana, this 29 day of September, 2009.

Robert G. James
UNITED STATES DISTRICT JUDGE